IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 20 CR 00710 |
| | ) | Judge John Robert Blakey |
| BRIKYLE WALLS | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW AS COUNSELS

NOW COME the movants, Steven R. Hunter and Logan Bierman, and respectfully request that this court grant them leave to withdraw as counsels for the defendant in this matter, Brikyle Walls.

In support of this motion the movants state as follows;

1. That Attorney Hunter was given leave to file his appearance in this case and appointed to represent Brikyle Walls under the Criminal Justice Act on July 10, 2024. Attorney Logan Bierman filed an appearance to serve as additional counsel on January 3, 2025.

2. That the case is currently set for trial on May 12, 2025.

3. That counsels have endeavored to prepare for trial. However, the defendant has become less and less cooperative. He has repeatedly failed to appear or cancelled at the last minute multiple meetings. In addition, the defendant prevents any meaningful communication when he has met with his counsels by refusing to allow his counsels any opportunity to speak by talking over them and shouting them down.

For example, on April 9, 2025, the defendant was scheduled to meet with counsels in-person at their office. Shortly before the meeting the defendant requested the meeting be conducted by Zoom. In that zoom meeting the defendant repeatedly made incorrect statements of law and facts, but would not allow his counsels to address them.

4. That during the Zoom meeting the defendant indicated that counsels were not his lawyers but instead were government lawyers. He indicated that he did not trust his counsels and accused them of failing to represent him properly.

5. Attorney Hunter attempted to discuss this with Mr. Walls but Mr. Walls talked over him and refused to allow him to speak. Eventually Attorney Hunter terminated the meeting.

6. That counsels have found it impossible to prepare for trial or effectively represent Mr. Walls under these conditions

7. That under the ABA Model Rules and Illinois Supreme Court Rules 1.16(a)(3) and (b)(4), which apply to the Federal Courts through LR83.50, counsel should seek to withdraw under these circumstances.

For these reasons, the movant requests that he be given leave to withdraw as counsel and that substitute counsel be appointed to replace him in this matter.

        Respectfully submitted,

        *s/ Steven R. Hunter*
        Steven R. Hunter
        Attorney at Law

        *s/ Logan Bierman*
        Logan Bierman
        Attorney at Law

Law Office of Steven R. Hunter
900 W. Jackson Blvd., Suite 7-E
Chicago, IL 60607
(312) 466-9466
srhunter@srhunterlaw.com